Jerome Primes

15814 Via Marlin

San Lorenzo, CA 94580

(415) 608-3815
Pro Se



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEROME PRIMES )
)
                    Plaintiff, )
)
    vs. )                CASE NO. CV 16 7003
)
KEOLIS AMERICA )        EMPLOYMENT DISCRIMINATION
)                      COMPLAINT
                    Defendant(s). )
)
_____ )

1.    Plaintiff resides at:

      Address 15814 Via Marlin

      City, State & Zip Code San Lorenzo, CA 94580

      Phone (415) 608-3815

2.

      Defendant is located at:

      Address 6053 W. Century Blvd., 9th Floor,

      City, State & Zip Code Los Angels, CA 90045

3.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4.    The acts complained of in this suit concern:

      a. __ Failure to employ me.

      b. _X_ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                - 1 -

{004841.06.DOCX}

c. __ Failure to promote me.

d. __ Other acts as specified below.

_____

_____

_____

_____

_____

5.    Defendant's conduct is discriminatory with respect to the following:

a. _X_ My race or color.

b. __ My religion.

c. __ My sex.

d. __ My national origin.

e. __ Other as specified below.

_____

6.    The basic facts surrounding my claim of discrimination are:

I was employed by Mobility Plus Tech Transportation ("MPTS") for a number of years, and I functioned as bus drivers in more than an adequate way. I had a record of convictions ____, which MPTS knew. Sometime in November 2011, Keolis America acquired MPTS or its contract with the City and County. On or about January 24, 2012, Keolis terminated me from my positions as a bus driver, allegedly because I failed a background check based on my earlier convictions. Because Blacks are arrested and convicted at a disproportionate rate vis à vis other groups, I have suffered a violation or Title VII of the Civil Rights Act of 1964.

_____

7.    The alleged discrimination occurred on or about January 24, 2012.     .
                                          (DATE)

8.    I filed charges with the Federal Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                - 2 -

{00484106.DOCX}

discriminatory conduct on or about February, 2012         .

(DATE)

9.      The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by an attorney on or about September 9, 2016.

(DATE)

10.     Plaintiff hereby demands a jury for all claims for which a jury is permitted:

Yes  X      No _____

11.     WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED:  December 6, 2015

SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION
IS NOT REQUIRED.)

JEROME PRIMES
PLAINTIFF'S NAME
(Printed or Typed)

Form-Intake 2 (Rev. 4/13)    -             3 -

{00484106.DOCX}

EEOC Form 161 (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Jerome Primes<br>15814 Via Marlin<br>San Lorenzo, CA 94580 | From: | San Francisco District Office<br>450 Golden Gate Avenue<br>5 West, P.O. Box 36025<br>San Francisco, CA 94102 |
|---|---|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-00627 | Malinda K. Tuazon,<br>Investigator | (415) 522-3126 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____          9/7/16
for   **William R. Tamayo,**          (Date Mailed)
**District Director**

Enclosures(s)

cc:   Robert Vogel, Esq.
      Jackson Lewis P.C.
      725 South Figueroa Street
      Suite 2500
      Los Angeles, CA 90017

      William C. McNeill, III
      **THE LEGAL AID SOCIETY - EMPLOYMENT LAW CENTER**
      180 Montgomery Street, Suite 600
      San Francisco, CA 94104

Enclosure with EEOC
Form 161 (11/09)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

RECEIVED

SEP 9 - 2016

LEGAL AID SOCIETY -
EMPLOYMENT LAW CENTER