UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME PRIMES,<br><br>        Plaintiff,<br><br>    v.<br><br>KEOLIS TRANSIT AMERICA, INC,.<br><br>        Defendant. | Case No. 16-cv-07003-SI<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE TO MAY 6, 2017 AT 2:30 PM** |

The initial case management conference is scheduled for March 10, 2017. In its first attempt, the U.S. Marshal was not able to serve the complaint on defendant. Dkt. No. 6. The Court has directed the Clerk to prepare a new summons, and the U.S. Marshal shall attempt a second effort at serving the complaint. In order to allow sufficient time for service of the complaint, the Court reschedules the case management conference to May 6, 2017 at 2:30 PM.

**IT IS SO ORDERED**.

Dated: March 7, 2017

_____
SUSAN ILLSTON
United States District Judge