|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

JEROME PRIMES,
SANDRA JOHNSON,

        Plaintiffs,

    v.

KEOLIS AMERICA,

        Defendants.

Case No. 16-cv-07003-SI
And 16-cv-07004-SI

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 26, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: August 31, 2018.

DESIGNATION OF EXPERTS: 9/14/18; REBUTTAL: 10/1/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: October 19, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; November 2, 2018;
    Opp. Due: November 16, 2018; Reply Due: November 26, 2018;
    and set for hearing no later than December 7, 2018 at 10:00 AM.

PRETRIAL CONFERENCE DATE: January 22, 2019 at 3:30 PM.

JURY TRIAL DATE: February 4, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The Court will relate and consolidate these cases.
An Amended Consolidated Complaint shall be filed by 11/3/17.

The cases shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur by the end of 2017.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 10/16/17

SUSAN ILLSTON
United States District Judge